IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., ) | Case No. 11-CV-562-RLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLAINTIFF'S MOTION TO CERTIFY FACTS AND QUESTIONS

Comes now the Plaintiff, Libertarian National Committee, Inc. ("LNC"), by and through undersigned counsel, and pursuant to 2 U.S.C. § 437h, moves this Court to adopt the proposed findings of fact and certify the following question to the Court of Appeals for the District of Columbia Circuit:

*Does imposing annual contribution limits against testamentary bequests directed at, or accepted or solicited by political party committees, violate First Amendment speech and associational rights?*

This motion is based upon the attached memorandum of points and authorities in support of the motion, attached declarations and exhibits, the Court's file, matters of which the Court may take judicial notice, and any argument the Court may wish to schedule. Plaintiffs reserve the right to submit additional proposed facts as may be warranted in response to any response to this motion, including proposed facts, by the Defendant.

Wherefore, Plaintiff respectfully requests that the motion be granted.

Dated: May 4, 2012 Respectfully submitted,

                                            Alan Gura (D.C. Bar No. 453449)
                                            Gura & Possessky, PLLC
                                            101 N. Columbus Street, Suite 405
                                            Alexandria, VA 22314
                                            703.835.9085/Fax 703.997.7665

By: /s/ Alan Gura
     Alan Gura

     Attorney for Plaintiff